UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KENNETH STOVALL,**

    Plaintiff,

v.                                                                    **No. 4:26-cv-0588-P**

**322ND DISTRICT COURT OF TARRANT
COUNTY, ET AL.,**

    Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 9. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

The Cour **ORDERS** that Plaintiff's complaint be **DISMISSED with prejudice** for making false allegations of poverty. This is a **FINAL JUDGMENT** for purposes of appeal.

**SO ORDERED** on this **22nd day of June 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE